ORIGINAL

FILED

10/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0167

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0167

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ALAN TODD RUFF,

      Defendant and Appellant.

FILED

OCT 20 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including December 6, 2020, within which to file his response to the Motion to Withdraw as Counsel of Record.

No further extensions will be granted.

DATED this 20ᵗʰ day of October, 2020.

For the Court,

_____
Chief Justice